# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| DEANNA TERNES | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| NCO FINANCIAL SYSTEMS, INC. | ) ) ) | CV'11-532    AC |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NCO Financial Systems, Inc.
c/o CT Corporation System
388 State St., Ste. 420
Salem, OR 97301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Trigsted
Trigsted Law Group
5200 SW Meadows Rd.
Suite 150
Lake Oswego, OR 97035


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
*CLERK OF COURT*

MATT KENNEY

Date: APR 29 2011

*Signature of Clerk or Deputy Clerk*