# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Oregon

Case Number: CV11-532 AC

Plaintiff:
**DEANNA TERNES**

vs.

Defendant:
**NCO FINANCIAL SYSTEMS, INC.**

Received by MALSTROM'S PROCESS SERVING CO. on the 29th day of April, 2011 at 2:52 pm to be served on **NCO FINANCIAL SYSTEMS, INC. R/A: CT CORPORATION SYSTEM, 388 STATE STREET, SUITE 420, SALEM, OR 97301**.

I, Alice McAllister, being duly sworn, depose and say that on the **2nd day of May, 2011** at **11:25 am, I:**

SERVED the named corporation a **Summons and Complaint** by personal service upon **MARCIE ABENDROTH,** the clerk on duty in the office of the Registered Agent and who is authorized to accept service at **388 STATE STREET, SUITE 420, SALEM, OR 97301**

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served by me is the same entity named in the action.

Subscribed and Sworn to before me on the 3rd day of May, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC-OREGON

Alice McAllister
Process Server

**MALSTROM'S PROCESS SERVING CO.**
P.O. Box 2031
Salem, OR 97308-2031
(503) 585-0234

Our Job Serial Number: ONE-2011001961



Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e