Robert E. Sabido, OSB No. 964168
rsabido@cvk-law.com
Nicholas E. Wheeler, OSB No. 044491
nwheeler@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DEANNA TERNES,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | Case No. CV-11-532 AC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE** |

Pursuant to Fed. R. Civ. P. 6(b), defendant moves to extend the deadline to file its first appearance up to and including June 2, 2011. This motion is supported by the accompanying Declaration of Nicholas E. Wheeler. Plaintiff's attorney, Joshua Trigsted, does not object to this requested extension.

DATED: May 23, 2011

    COSGRAVE VERGEER KESTER LLP

    */s/ Nicholas E. Wheeler*
    Robert Sabido, OSB No. 964168
    rsabido@cvk-law.com
    Nicholas E. Wheeler, OSB No. 044491
    nwheeler@cvk-law.com
    Telephone: (503) 323-9000
    Fax: (503) 323-9019

    Attorneys for Defendant

Page 1 - **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**

1227178

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**

on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
    Of Attorneys for Plaintiff

DATED: May 23, 2011

       */s/ Nicholas E. Wheeler*
       Nicholas E. Wheeler

Page 1 - **CERTIFICATE OF SERVICE**

1227178

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000