Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DEANNA TERNES**, | Case No.: 3:11-cv-00532-AC |
| Plaintiff, | **Notice of Voluntary Dismissal With Prejudice** |
| vs. | |
| **NCO FINANCIAL SYSTEMS, INC.**, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Oregon, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Dated this 7th day of July, 2011,

By:  s/Joshua Trigsted
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

Filed electronically on this 7th day of July, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via electronic mail on this 7th day of July, 2011 to:

Ms. Michelle H. Lyon
Sessions, Fishman & Nathan, LLC
3850 North Causeway Blvd.
Suite 1240
Metarie LA 70002
mlyon@sessions-law.biz


By: s/ Terri Parrish
     Terri Parrish